USCA1 Opinion

 

 December 9, 1992 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 92-1011 UNITED STATES, Appellee, v. ONE PARCEL OF REAL PROPERTY WITH THE BUILDING, APPURTENANCES, AND IMPROVEMENTS KNOWN AS 752 BARK STREET, SWANSEA, MA., ET AL., Defendants-Appellants. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Rya W. Zobel, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ Marilyn M. Marciarelli on brief pro se. ______________________ A. John Pappalardo, United States Attorney, and Laurie J. ____________________ ___________ Sartorio, Assistant United States Attorney, on brief for appellee. ________ ____________________ ____________________ district court judgment of civil forfeiture entered in favor of the Per Curiam. Appellant, Marilyn Marciarelli, has appealed a __________ has failed to order the trial transcripts. Valedon Martinez v. _________________ appellant's contentions of district court error, however, because she government after a two-day trial. We can give no meaningful review of Hospital Presbiteriano de la Comunidad, Inc., 806 F.2d 1128, 1135 (1st ____________________________________________ 1358 (1st Cir. 1985); Fed. R. App. 10(b). On the record before us, we counsel claim could arise from a civil forfeiture proceeding, but cf. _______ Similarly, even assuming that an ineffective assistance of United States v. $250,000 in United States Currency, 808 F.2d 895, 900 _____________ __________________________________ discern neither error nor abuse of discretion. without the full range of constitutional protections usually (1st Cir. 1987) (forfeiture statutes are predominantly civil in nature Cir. 1986); Muniz Ramirez v. Puerto Rico Fire Servs., 757 F.2d 1357, ______________ ________________________ associated with criminal sanctions), we have no basis for reviewing Accordingly, the district court judgment is affirmed. _________ appellant's complaints as to her trial counsel's conduct.